NUMBERS 13-01-385-CV

13-99-659-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________

GABRIELA C. AGUIRRE, ET AL. , Appellants,


v.


AMOCO PRODUCTION CO., ET AL. , Appellees.

____________________________________________________________________


On appeal from the 156th District Court

of San Patricio County, Texas.

____________________________________________________________________
O P I N I O N

Before Chief Justice Valdez and Justices Hinojosa and Yanez

Opinion Per Curiam


Appellants, GABRIELA C. AGUIRRE, ET AL. , perfected an appeal from a judgment entered by the 156th District Court
of San Patricio County, Texas, in cause number S-96-5539CV-B-4 . After the record and briefs had been filed, certain
appellants filed an agreed motion to dismiss the appeal. Pursuant to a subsequent final judgment rendered by the trial court
and a settlement reached between certain appellants and appellees, appellants request that this appeal be dismissed with
respect to all appellants except Eusebio Botello, Jr.

Having considered appellants' agreed motion to dismiss the appeal and the documents on file, this Court is of the opinion
that the motion should be granted. The motion to dismiss certain appellants' appeal against appellees, AMOCO
PRODUCTION CO., ET AL. , is hereby granted. The appeal is hereby DISMISSED with respect to all appellants except
EUSEBIO BOTELLO, JR. The appeal as to the dismissed appellants and appellees, AMOCO PRODUCTION CO., ET
AL. , is severed from the original appeal and is docketed under cause number 13-01-385-CV.

The appeal of the remaining appellant, EUSEBIO BOTELLO, JR. and appellees, AMOCO PRODUCTION CO., ET AL. 
will remain docketed under cause number 13-99-659-CV .



PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 14th day of June, 2001 .